## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 14-cv-2281-WJM-MJW

FRANK WOLFF, United States of America, *ex rel.,*

    Plaintiff,                                       **RESTRICTED LEVEL 2**

v.

CITIGROUP, INC.,
CITI HOLDINGS, CITICORP,
CITIBANK NA,
CITIGROUP FINANCIAL PRODUCTS, INC.,
UBS AG,
UBS GROUP,
UBS SECURITIES LLC,
UBS AMERICAS, INC.,
UBS BANK USA,
UBS FINANCIAL SERVICES INC.,
UBS LIMITED,
J.P. MORGAN CHASE AND COMPANY,
JP MORGAN CHASE BANK, N.A.,
CHASE BANK USA N.A., and
JP MORGAN SECURITIES LLC,

    Defendants.

## ORDER GRANTING THE UNITED STATES' MOTION TO UNRESTRICT CASE

    This matter comes before the Court on the United States' Motion to correct Order Granting the United States' Motion to Unrestrict Case, filed April 27, 2015. (ECF No. 19.) The Untied States having declined to intervene in this False Claims Act action pursuant to 31 U.S.C. § 3730(b)(4)(B), and the Court having reviewed the United States' Motion and finding good cause exists, hereby ORDERS as follows:

    1.    The United States' Motion is GRANTED;

2. That the Clerk of the Court is DIRECTED to unrestrict this case;

3. That the Complaint, the Notice of Election to Decline Intervention and accompanying Order, the Motion to Unrestrict Case, and this Order shall be unrestricted and publicly accessible; and

4. That ECF No. 13 shall remain RESTRICTED with a RESTRICTION LEVEL 2.

Dated this 28th day of April, 2015.

BY THE COURT:

William J. Martinez
United States District Judge